

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PETER J. FOGARTY
*Assistant Corporation Counsel*
phone: (212) 356-3514
fax: (212) 356-3558
email: pfogarty@law.nyc.gov

November 30, 2016

<u>VIA ECF</u>
The Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>Yordy Aragonez v. City of New York, et al.</u>,
       16-CV-1794 (ARR) (CLP)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney recently assigned to the above-referenced matter.  I write on behalf of defendant City of New York ("City") to respectfully request an adjournment of the initial conference that is currently scheduled for December 2, 2016, before Your Honor.  Plaintiff's counsel, Gabriel P. Harvis, Esq., consents to this request.  This is the second request for an adjournment of the initial conference.[1]

    This office will not be representing Police Officer Kareem Phillips in this action.  A declination of representation letter has been sent to the officer and union counsel, Worth, Longworth, & London, LLP.  Worth, Longworth, & London does not currently represent Police Officer Phillips and they require additional time to make a representation determination regarding Police Officer Phillips.  Accordingly, defendant City requests an adjournment of the initial conference from December 2, 2016, until December 21, 2016 at 9:30 a.m[2] in the hopes that, at that time, all representation issues will be resolved.

---

[1] The first request was a request for an adjournment of the initial conference from 10:30 a.m. to 4:30 p.m. on December 2, 2016.
[2] This proposed date is based on the Court's and parties' availability.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Peter J. Fogarty
*Assistant Corporation Counsel*

To:     VIA ECF
        Gabriel Paul Harvis
        Harvis & Fett LLP
        *Attorneys for Plaintiff*
        305 Broadway, 14th floor
        New York, NY 10007