US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 12/21/16

TIME SPENT: _____

DOCKET NO. __16 CV 1794_____

CASE: __Aragonez v City_____

_____ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE        _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE       _____ TELEPHONE CONFERENCE
_____ MOTION HEARING              _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED          _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Parties are to exchange discovery demands by 12/29. Responses 1/13. Conference 2/2 at 12:30.