UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

YORDY ARAGONEZ,

                                     Plaintiff,

                -against-

CITY OF NEW YORK, P.O. KAREEM PHILLIPS, JOHN DOE 1, JOHN AND JANE DOE 2 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                       Defendants.

--------------------------------------------------------------------X

**DEFENDANT CITY OF NEW YORK'S ANSWER TO THE CROSS CLAIMS OF POLICE OFFICER KAREEM PHILLIPS**

16 CV 1794 (ARR) (CLP)

Jury Trial Demanded

        Defendant City of New York, by its attorney, Zachary W. Carter, Corporation Counsel of the City of New York, for its answer to co-defendant Police Officer Kareem Phillips' cross-claims against the City of New, which he pled in his answer to the complaint (hereinafter "Phillips Answer"), respectfully alleges, upon information and belief, as follows:

1. Denies the allegations set forth in paragraph "69" of the Phillips Answer.

2. Denies the allegations set forth in paragraph "70" of the Phillips Answer.

3. Denies the allegations set forth in paragraph "71" of the Phillips Answer.

4. Denies the allegations set forth in paragraph "72" of the Phillips Answer.

5. States the allegations set forth in paragraph "73" of the Phillips Answer are legal conclusions to which no response is required.

6. Denies the allegations set forth in paragraph "74" of the Phillips Answer.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

7. The cross-claims fail to state a claim upon which relief can be granted.

- 2 -

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

8. Defendant City of New York has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof, nor has the City of New York violated any act of Congress providing for the protection of civil rights.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

9. At all times relevant to the incident, defendant City of New York acted reasonably in the proper and lawful exercise of its discretion.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

10. To the extent defendant Phillips' asserts state law claims against the City of New York, such claims should be barred by the doctrine of immunity for judgmental errors in the exercise of governmental functions.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

11. Defendant Phillips' was determined to have been acting in violation of the rules and regulations of the New York City Police Department and/or outside the scope of his employment at the time of the incident giving rise to the instant case.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

12. Defendant Phillips' cross-claims against defendant City are not ripe for adjudication.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

13. This Court lacks jurisdiction over defendant Phillips' cross-claims.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

14. Any injury alleged to have been sustained by plaintiff was not the proximate result of conduct on the part of defendant City of New York and resulted, in whole or in part, from the culpable, negligent and/or intervening conduct of defendant Phillips.

**AS AND FOR NINTH AFFIRMATIVE DEFENSE TO THE CROSS CLAIMS:**

15. Defendant Phillips' cross claims may be barred in part by the doctrines of res judicata and/or collateral estoppel.

**WHEREFORE,** Defendant City of New York requests judgment dismissing the cross-claims of co-defendant Police Officer Kareem Phillips, and requests such other and further relief as the Court may deem just and proper.

Dated:     New York, New York
            January 3, 2017

                                      ZACHARY W. CARTER
                                      Corporation Counsel of the
                                        City of New York
                                      *Attorney for Defendant City of New York*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-2409

                                      By:       /S
                                                Peter J. Fogarty

TO:    **VIA ECF**
         Gabriel Paul Harvis, Esq.
         Harvis & Fett LLP
         *Attorneys for Plaintiff*
         305 Broadway, 14th Floor
         New York, New York 10007

         Douglas LaBarbera and Mitchell Garber, Esqs.,
         Worth, Longworth & London, LLP
         *Attorneys for Police Officer Kareem Phillips*
         111 John Street, Suite 640
         New York, New York 10038