US MAGISTRATE JUDGE CHERYL L. POLLAK       DATE: 2/2/17

TIME SPENT: _____

DOCKET NO. 16 CV 1794

CASE: Aragonez v City

_____ INITIAL CONFERENCE            ✓ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE          _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE         _____ TELEPHONE CONFERENCE
_____ MOTION HEARING                _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED            _____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

_____ DISCOVERY TO BE COMPLETED BY _____

_____ NEXT CONFERENCE SCHEDULED FOR _____

_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS: Df to provide documents by 2/10

Settlement conf.

3/3 at 1030