UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

YORDY ARAGONEZ,

                                                      Plaintiff,      **NOTICE OF SUBSTITUTION OF COUNSEL**

                -against-

THE CITY OF NEW YORK, et al.,                    16 CV 1794 (ARR) (CLP)

                                             Defendants.
------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Peter J. Fogarty, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for the City of New York in this case:

                Pernell M. Telfort
                *Assistant Corporation Counsel*
                New York City Law Department
                100 Church Street
                New York, NY 10007
                (212) 356-3541
                ptelfort@law.nyc.gov

From this date forward, please serve all pleadings on the attorney for the City of New York at the address set forth above, and please remove Peter J. Fogarty as counsel of record.

Dated: New York, New York
April 10, 2017

                              ZACHARY W. CARTER
                              Corporation Counsel of the City of New York
                              *Attorney for Defendant City of New York*

By:       /s/
        Pernell M. Telfort
        *Assistant Corporation Counsel*
        New York City Law Department
        100 Church Street
        New York, New York 10007
        (212) 356-3541
        ptelfort@law.nyc.gov

**BY ECF**
Gabriel Paul Harvis, Esq
Harvis & Fett LLP
305 Broadway 14th floor
New York, NY 10007

Mitchell Garber and Douglas LaBarbera
Worth, Longworth & London, LLP
111 John Street Suite 640
New York, NY 10038