UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

YORDY ARAGONEZ,

                                                Plaintiff,    **NOTICE OF SUBSTITUTION OF COUNSEL**

              -against-

THE CITY OF NEW YORK, et al.,                    16 CV 1794 (ARR) (CLP)

                                            Defendants.
----------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Peter J. Fogarty, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for the City of New York in this case:

                              Pernell M. Telfort
                              *Assistant Corporation Counsel*
                              New York City Law Department
                              100 Church Street
                              New York, NY 10007
                              (212) 356-3541
                              ptelfort@law.nyc.gov

From this date forward, please serve all pleadings on the attorney for the City of New York at the address set forth above, and please remove Peter J. Fogarty as counsel of record.

Dated:   New York, New York
         April 10, 2017

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*

By:      /s/
         Pernell M. Telfort
         *Assistant Corporation Counsel*
         New York City Law Department
         100 Church Street
         New York, New York 10007
         (212) 356-3541
         ptelfort@law.nyc.gov

**BY ECF**
Gabriel Paul Harvis, Esq
Harvis & Fett LLP
305 Broadway 14th floor
New York, NY 10007

Mitchell Garber and Douglas LaBarbera
Worth, Longworth & London, LLP
111 John Street Suite 640
New York, NY 10038

So Ordered

/s/ Cheryl Pollak

USMJ

4/11/17

2