

**GABRIEL P. HARVIS**
**BAREE N. FETT**

April 26, 2017

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Aragonez v. City of New York, et al.*, 16 CV 1794 (ARR) (CLP)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write to respectfully request that plaintiff's pending motion for leave to amend the complaint, filed at DE #30, be deemed unopposed and granted.

    Pursuant to the briefing schedule set by the Court in its order dated March 27, 2017, plaintiff filed his motion for leave to amend the complaint on April 10, 2017. Defendants' response was due by April 24, 2017. As of this writing, neither any response from defendants nor a request for additional time to respond appears on the docket.

    Accordingly, and for the reasons set forth in plaintiff's Memorandum of Law filed at DE #31, plaintiff respectfully requests that the Court deem plaintiff's motion unopposed and grant it.

    Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:    Douglas LaBarbera, Esq.
       Pernell Telfort, Esq.

*Handwritten order:* Unless defendant contacts this Court by 4/28 to object to the amendment, the Court will deem the motion to amend unopposed. So Ordered /s/ Cheryl Pollak, USMJ 4/27/17