US MAGISTRATE JUDGE CHERYL L. POLLAK      DATE: 6/23/17

TIME SPENT: /

DOCKET NO. 16 CV 1794

CASE: Arogonez v City

_____ INITIAL CONFERENCE          _____ OTHER/STATUS CONFERENCE
_____ DISCOVERY CONFERENCE        _____ FINAL/PRETRIAL CONFERENCE
_____ SETTLEMENT CONFERENCE       _____ TELEPHONE CONFERENCE
_____ MOTION HEARING              _____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

_____ COMPLETED       _____ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

_____ DISCOVERY TO BE COMPLETED BY _____
✓ NEXT CONFERENCE SCHEDULED FOR 9/26 at 11:00
_____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____      DEF. TO SERVE PL. BY: _____

RULINGS:

By 7/14 the parties are to submit a status letter indicating 1) if they wish to schedule a settlement conf. 2) if not, they are to propose a schedule for depositions; and 3) indicate if they have resolved the CCRB issue.