US MAGISTRATE JUDGE CHERYL L. POLLAK          DATE: 9/26/17

TIME SPENT: _____

DOCKET NO. 16 CV 1794

CASE: Aragonez v City

- ___ INITIAL CONFERENCE
- ___ DISCOVERY CONFERENCE
- ___ SETTLEMENT CONFERENCE
- ___ MOTION HEARING
- ✓ OTHER/STATUS CONFERENCE
- ___ FINAL/PRETRIAL CONFERENCE
- ___ TELEPHONE CONFERENCE
- ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED          ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

✓ NEXT CONFERENCE SCHEDULED FOR 10/18 at 1030

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

RULINGS: Plaintiff's request to dedesignate entire CCRB file is denied without prejudice to raise at the time of trial. The Court expresses no view on the applicability of the state law re confidentiality of police records at this time.

The parties are to meet and confer on the documents which should not be held as confidential and agree on a procedure for using the CCRB file during depositions