US MAGISTRATE JUDGE CHERYL L. POLLAK    DATE: 10/18/17

TIME SPENT: _____

DOCKET NO. 16 CV ~~2710~~ 1794

CASE: Aragonez v City

___ INITIAL CONFERENCE          (✓) OTHER/STATUS CONFERENCE
___ DISCOVERY CONFERENCE        ___ FINAL/PRETRIAL CONFERENCE
✓   SETTLEMENT CONFERENCE       ___ TELEPHONE CONFERENCE
___ MOTION HEARING              ___ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

___ COMPLETED                   ___ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

_____

**FOR DEFENDANT:** _____

_____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

Case settled