UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

YORDY ARAGONEZ,

                                      Plaintiff,

                -against-

CITY OF NEW YORK; Police Officer KAREEM PHILLIPS, Shield No. 02555; WILSON MORALES; NARINE BHARAT; and JOHN and JANE DOE 3 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                      Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-1794 (ARR) (CLP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
~~October~~ 14, 2017
November

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____ 10-25-17
Gabriel P. Harvis

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  Bharat, and Morales*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
~~Pernell Telfort~~ Matthew Stein (11/14/17)
*Assistant Corporation Counsel*

WORTH, LONGWORTH & LONDON LLP
*Attorneys for Defendant Phillips*
111 John Street, Suite 640
New York, New York 10038

By: _____ 11/14/17
Douglas LaBarbera

SO ORDERED:

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017

2