UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

YORDY ARAGONEZ,

                                Plaintiff,

               -against-

CITY OF NEW YORK; Police Officer KAREEM PHILLIPS, Shield No. 02555; WILSON MORALES; NARINE BHARAT; and JOHN and JANE DOE 3 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                Defendants.
-------------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

16-CV-1794 (ARR) (CLP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice; and

<mark>
<mark>
<mark>
<mark>
<mark>
<mark>

Dated: New York, New York
November 15, 2017

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
Gabriel P. Harvis

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York,
Bharat, and Morales*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Matthew Stein
*Senior Counsel*

WORTH, LONGWORTH AND LONDON
*Attorney for Defendant Phillips*
111 John Street, Suite 640
New York, New York 10038

By: _____
Douglas LaBarbera, Esq.

SO ORDERED:

_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017