**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 20 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

YORDY ARAGONEZ,

                            Plaintiff,

-against-

CITY OF NEW YORK; Police Officer KAREEM PHILLIPS,
Shield No. 02555; WILSON MORALES; NARINE BHARAT;
and JOHN and JANE DOE 3 through 10, individually and in
their official capacities (the names John and Jane Doe being
fictitious, as the true names are presently unknown),

                                       Defendants.
---------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

16-CV-1794 (ARR) (CLP)

      WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; *and* /s/

Dated: New York, New York
November 15, 2017

HARVIS & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
Gabriel P. Harvis

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York,
 Bharat, and Morales*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Matthew Stein
*Senior Counsel*

WORTH, LONGWORTH AND LONDON
*Attorney for Defendant Phillips*
111 John Street, Suite 640
New York, New York 10038

By: _____
Douglas LaBarbera, Esq.

SO ORDERED:

_____/s/(ARR)_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

Dated: 11/16, 2017